# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MELISSA STEVENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:21-cv-02193 |
| EPARTMENT COMMUNITIES, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

NOW ON THIS 8th day of October, 2021, the Court takes up for consideration the Parties' Stipulation of Dismissal with Prejudice. After full consideration of the matter, and being duly advised of the same, the Court hereby dismisses this case with prejudice, with each Party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 10/8/2021

s/ Kathryn H. Vratil
**KATHRYN H. VRATIL**
**UNITED STATES DISTRICT JUDGE**